No. 92–249. AMERICAN AIRLINES, INC. *v.* WOLENS ET AL. Sup. Ct. Ill. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Morales* v. *Trans World Airlines, Inc.*, 504 U. S. 374 (1992).

No. 92–5228. HODGES *v.* FLORIDA. Sup. Ct. Fla. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Espinosa* v. *Florida*, 505 U. S. 1079 (1992).

No. 91–8064. DAVIS *v.* OHIO. Sup. Ct. Ohio. Certiorari dismissed.

No. 91–8294. ALLBEE *v.* MAAS, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari dismissed.

No. — – —. MASON *v.* UNITED STATES DISTRICT COURT. Motion to direct the Clerk to file petition for writ of certiorari without paying the docket fee and/or without filing an affidavit in support of a motion for leave to proceed *in forma pauperis* denied.

No. — – —. PROGRESS ENGINEERING & CONSULTING ENTERPRISE, INC. *v.* MASSONGILL. Motion of a nonattorney to direct the Clerk to file petition for writ of certiorari on behalf of a corporation and *in forma pauperis* denied.

No. — – —. STOJANOWSKI *v.* METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE;

No. — – —. HARVILL *v.* HARVILL; and

No. — – —. CONDADO PLAZA & CASINO *v.* ASOCIACION DE EMPLEADOS DE CASINO DE PUERTO RICO CONCILIATION ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.